UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Nicole Birch f/k/a
Nicole Gallup,

Plaintiff,

vs.

U.S. Foodservice, Inc.,

Defendant.

Civil File No.: 01-2135 (DSD/JMM)

**STIPULATION AS TO DAMAGES AND TO REMAND TO STATE COURT**

---

The parties hereby stipulate and agree that:

1. Plaintiff, Nicole Birch f/k/a Nicole Gallup ("Birch"), will not seek damages in excess of $75,000, this Court's jurisdictional requirement.

2. Birch waives any and all rights to collect any damages that may be awarded in any forum as a result of litigation of the above-captioned claim in excess of $75,000.

3. Because the amount in controversy does not exceed $75,000, this Court lacks subject matter jurisdiction over the instant claim.

4. Remand to the District Court, County of Hennepin, State of Minnesota is proper.

1364969v1

FILED 4-3-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**MESHBESHER & SPENCE**

Dated: 3/20/02

By: ______________________
Konstandinos Nicklow (#225526)
1616 Park Avenue
Minneapolis, MN 55404
(612) 339-9121

**ATTORNEYS FOR PLAINTIFF**

**BRIGGS AND MORGAN, P.A.**

Dated: 3/5/02

By: ______________________
Gregory J. Stenmoe (#131155)
Jason M. Hedican (#271548)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**ATTORNEYS FOR DEFENDANT U.S. FOODSERVICE, INC.**

Subscribed and sworn to before me
this 26 day of March, 2002.

______________________
Notary Public

DORI A. CRAWFORD
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2005

______________________
Nicole Birch

**SO ORDERED:**

Dated: 4/2/02

______________________
~~Magistrate Judge John M. Mason~~

1364969v1